ELVIRA RENDINO, PLAINTIFF, v. JAMES C. DAVIS, DIREC-
TOR GENERAL OF RAILROADS, DEFENDANT.

Argued October 7, 1924—Decided January 23 1925.

**Negligence—Grade Crossing—Fourth Trial—Judgment for Plain-
tiff—Court Loath to Disturb a Second Verdict for Plaintiff
on Conflicting Evidence.**

On application for a rule to show cause.

Before Justices KALISCH, BLACK and CAMPBELL.

For the rule, *John S. Applegate & Son.*

*Contra, Kellogg & Chance.*

PER CURIAM.

This is an accident case, the trial resulting in a verdict for
the plaintiff for $12,000. The trial judge refused a rule to
show cause, hence, the application for a rule is made to the
court on the ground that the great preponderance of the
evidence shows that there was no negligence of the defendant
causing the injury. The accident happened on July 21st,
1918, at six P. M., while attempting to cross a grade crossing
of the New York and Long Branch Railroad Company known
as Grassmere avenue, at Interlaken, New Jersey. At the
time of the accident, the plaintiff was riding in an automo-
bile driven and owned by Ernest Cabriola. There have been
four trials of the case. At the first trial the verdict was in
favor of the plaintiff for $25,000. Upon the second trial
the jury disagreed. Upon the third trial the verdict was for
the defendant. See *Rendino* v. *Davis,* 122 *Atl. Rep.* 757.
Our reading of the record leads us to the conclusion that the
evidence raises a jury question on the controverted questions
involved. The court is loath to disturb a second verdict for
the plaintiff on conflicting evidence. Inasmuch as the case

is as fully before the court as though a rule had been granted, and the argument was one to set aside the verdict, we can dispose of the case from that point of view, and deny the application for a rule to show cause in the first instance; that will be the order of the court.